UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALE SPEARS,

    Plaintiff,                      CASE NO.: 8:14-CV-03095

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendants.
_____/

**<u>ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND</u>**

COMES NOW, Defendant, National Credit Adjusters, LLC, ("Defendant"), by and through its undersigned counsel, and hereby responds to Plaintiff's Complaint as follows:

1. Admitted that Plaintiff seeks relief under the named statutes but denied that Plaintiff is entitled to any relief thereunder.

2. Admitted for jurisdictional purposes only. Otherwise denied.

3. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and therefore, denies and demands strict proof thereof.

4. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and therefore, denies and demands strict proof thereof.

5. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and therefore, denies and demands strict proof thereof.

6. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and therefore, denies and demands strict proof thereof.

7. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and therefore, denies and demands strict proof thereof.

8. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and therefore, denies and demands strict proof thereof.

9. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and therefore, denies and demands strict proof thereof.

10. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and therefore, denies and demands strict proof thereof.

11. Admitted that Fla. Stat § 560.403 states what it states, as to all other allegations contained herein, denied.

12. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and therefore, denies and demands strict proof thereof.

13. Admitted that Fla. Stat § 560.125(1) states what it states, as to all other allegations contained herein, denied.

14. Admitted that Fla. Stat § 680.02(1) states what it states, as to all other allegations contained herein, denied.

15. Admitted that Fla. Stat § 687.03 states what it states, as to all other allegations contained herein, denied.

16. Denied.

## **Count I**

17. Defendant re-alleges paragraphs 1 through 16 as if fully restated herein.

18. Denied.

19. Admitted that 15 U.S.C. § 1692e states what it states; otherwise denied.

20. Admitted that 15 U.S.C. § 1692f states what it states; otherwise denied.

### Count II

21. Defendant re-alleges paragraphs 1 through 16 as if fully restated herein.

22. Denied.

23. Admitted that Fla. Stat. 559.72(9) states what it states; otherwise denied.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Defendant.

### SECOND AFFIRMATIVE DEFENSE

Defendants assert, without admitting any liability whatsoever, that any violation of federal law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

### FOURTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that Plaintiff's claims are barred in whole or in part by the applicable statute(s) of limitations.

### JURY DEMAND

Defendant hereby demands a trial by jury on all issues so triable.

Respectfully submitted by:

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
 /s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555